IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| *Plaintiff,*<br>**Joseph G. Yeno,**<br><br>V.<br><br>**The State of Texas**<br><br>*Defendant.* | CIVIL ACTION NO. 6:15-CV-485<br>MHS-JDL |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Joseph G. Yeno initiated this civil action on May 18, 2015. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation recommending that the case be dismissed for failure to obey a court order and failure to prosecute. (Doc. No. 8.) The Report and Recommendation was sent to Plaintiff at his address of record and returned as undeliverable. (Doc. No. 9.) Plaintiff has not updated his address with the Court. As a result, Plaintiff has not filed any objections to the Report and Recommendation.

Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

SIGNED this 11th day of August, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE